FILED
June 18, 2020 3:47 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by EMS /6/18

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Wester~ District of Michiga~

Southern Division

**1:20-cv-558**
**Janet T. Neff**
**United States District Judge**

Michael Harlow Washington Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Kalamazoo Garden Solutions

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Michael H. Washington
Street Address      9606 Trafford Court
City and County     Cincinnati, Hamilton
State and Zip Code  Ohio 45231
Telephone Number    513) 237-4596
E-mail Address      Mwash1073@yahoo.com

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kalamazoo Garden Solutions |
| Job or Title *(if known)* | Employer |
| Street Address | 8937 Krum Ave |
| City and County | Galesburg, Kalamazoo |
| State and Zip Code | Michigan, 49053 |
| Telephone Number | 800-253-4898 |
| E-mail Address *(if known)* | Kgscustomerservice@KVPG.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)* _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name
Street Address          8937 Krum Ave
City and County         Galesburg, Kalamazoo
State and Zip Code       Michigan 49053
Telephone Number         800-253-4898

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☑ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☐ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)* Statement of Claim Attached

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Feb 15, 2019 And March 5, 2019

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race    At the time of the discrimination there were 31 managers but zero were African American. (the rest atta

☐ color    _____

☐ gender/sex    _____

☐ religion    _____

☐ national origin    _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

All facts Are Attached;

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)* March 22 2020.

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief is Attached:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     June 18 2020

Signature of Plaintiff     _____

Printed Name of Plaintiff    Michael Washington

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# IN THE UNITED STATES DISTRICT COURT

FOR THE

## Western DISTRICT OF Michigan

## Southern Division

Plaintiff:  Michael Washington

9606 Trafford Court

Cincinnati, Ohio 45231                                    Case No. _____

vs.

Defendant: Kalamazoo Garden Solutions (KGS)

8937 Krum Ave.

Galesburg, Michigan 49053

## Jurisdiction:

1. This action is brought for in Federal Court for racial discrimination under:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,

color, gender, religion, national origin).

# Statement of Claim

1. Plaintiff Michael Washington was performing the job of Field Manager for Kalamazoo Garden Solutions (February 4th 2019 to March 22, 2019) while Brittany Taylor, the Field Manager at the time was transitioning to her new role with Kalamazoo Garden Solutions in Indianapolis, Indiana.  Even during the time Taylor was in the Cincinnati/Dayton, Ohio area, Washington still frequently performed the task of Field Manager on her behalf throughout the region. Washington was told he was at the top of the pay scale at the time for his position of TEAM LEAD and (had never received a raise with the company even while his fellow employees did) had been so since joining the company in 2017 because of his resume and experience. Exhibit (attached)

2. Originally, Washington was passed over the first time by (KGS) without even receiving a notification that the Field Manager position was opening after Teri's Lammer's original departure from KGS. The position was given to Brittany Taylor, who while serving as a field manager for Kalamazoo with Meijer's, but had no experience at all with Walmart merchandising , nor was she from or familiar with the Cincinnati or Dayton Ohio area.  Therefore she had to be trained while Washington could have transitioned right into the position, being it that he had been working without a field manager since Teri Lammers' departure in July of 2018, till the time he was laid off in October 2018.  Brittany never even got to manage Washington the rest of that year (2018). His first interaction with her was in January of 2019. Brittany Taylor was the person who originally referred Mr. Washington to the position.

3. Washington received two interviews from (KGS) while the other candidate that was of the majority race "white" only had to interview once. Washington's first interview February 15, 2019 there were no other candidates at the time because he was referred by his boss, Field Manager Brittany Taylor.  Washington's first interview went great. Discrimination during the interview process took place when Washington was told that he must have a second interview and was asked different questions than his "white counterpart" to make her seem qualified for the position at the time.  The position had different certifications and experience dealing with merchandising apps, from when Lammers had been with KGS.

4. Kalamazoo Garden Solutions, deliberately falsified information regarding the qualifications of Michael Washington to the EEOC.  Documentation has been submitted to provide the truth regarding his qualifications as well as KGS's statement to the EEOC.   Exhibit 1

5. Michael Washington, has years of experience in this same position for another plant merchandising company named Plant Essentials. Plant Essentials is a merchandising company for Lowes Home Improvement Garden Centers which does about three times the plant volume of Walmart, the retailer that Kalamazoo Garden Solutions services. Another issue that was brought about was pertaining to the interview notes of the Employers (KGS) which stated that Michael Washington stated that he had little to no experience with Microsoft excel. (page 4 of Employer Response) This is a bogus testimony because Michael Washington is very efficient in Microsoft excel and is one of very few people in the company (KGS) who has college accredited hours in the course of Microsoft Excel. Exhibit 2

6.  Kalamazoo Garden Solutions lied to the EEOC about Mr. Washington being late to the interview. There are several screenshots demonstrating the fact that the interviewer was running late and not the employee who was being interviewed. The exhibit details that the claimant called from the parking lot to see if it was okay to come inside and KGS requested 20 extra minutes until 2:45. Exhibit 3 (It also shows a history of the Regional Managers Tardiness).  Exhibit 3

7. Mr. Washington along with other African American Males are always passed over at Kalamazoo Garden Solutions while their white male counterparts moved up in the company without resistance.  Exhibit 4

8.  Michael Washington is TAP and Wal-Mart Certified while the other candidate Teri Lammers was not.  A merchandiser of any level must be certified through the Wal-Mart Volt program as well T.A.P. to perform or manage **any** merchandising duties in Wal-Mart stores.  This allows Kalamazoo Garden Solutions and Wal-Mart to be on the same page through surveys, store appearance, displays and other issues associated with the merchandising of plants.  Exhibit 5

9. Mr. Washington was even passed over for another position entitled by KGS as "Senior Lead," even though he was promised the position, for another "white lady," Ms. Carol Robinson.  She decided not to take the position and Washington, even

though receiving an e-mail regarding the position was never offered the position at all.  Exhibits 6

10. The culture of Kalamazoo Garden Solutions discriminates against African Americans without any repercussions.  Washington was told by a fellow employee that "God made your (his) skin the wrong color".  Nothing at all was done to reprimand the employee.  He was simply moved to work in a different area of the region.  Exhibit 7

11. Title VII also prohibits employment decisions based on stereotypes and assumptions about abilities, traits, or the performance of individuals of certain racial groups.  KGS uses racial stereotypes in their response letter to the E.E.O.C, like Washington was "late" and "uneducated" to falsely describe Mr. Washington who has shown himself to be the opposite of the stereotypes portrayed towards African Americans.  Racial Stereotypes proven with documentation to be false.

12. KGS provided false information to the EEOC regarding the resume, qualifications, work history and statements made by Mr. Washington in an interview.  (As shown in the KGS response to the claimant, no documentation was given of first interview.)

13. Washington's qualification's stand up to every other Field manager on the staff of KGS, so at the time of Washington's interview February 15, 2019, when there were no other candidates, Mr. Washington was still held back until March 5, 2019 and given a second interview.

14. KGS gave numerous reasons why they said they did not hire Mr. Washington as a Field Manager, however all their reasons were proven with documentation  to be false.

15. Washington was never going to be considered by due to his race, because his resume wasn't even kept on file with KGS as Teri Lammers was, even though he was still an employee with the company as Teri Lammers was.

## Relief Sought

1. The relief sought by the defendant MICHAEL WASHINGTON from the plaintiff
   KALAMAZOOO GARDEN SOLUTIONS is totalled below in the amount of $115,500.

   Amount of claim          $115,500.00
                            1 year of salary (& perks)
                            at $38,500 x 3 years =
                            115,500

   TOTAL                    $115,500

   Washington had served in
   an underpaid role with the
   company for three years,
   with the goal of advancing
   to upper management and
   eventually retiring from
   Kalamazoo Garden
   Solutions. Unfortunately,
   that opportunity was denied
   illegally.)